# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: COGLIANESE, ANTHONY J | § Case No. 12-07329 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/05/2013 in Courtroom 613, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/27/2012      By:  /s/DEBORAH K. EBNER
                                                                        Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: COGLIANESE, ANTHONY J | § | Case No. 12-07329 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 25,000.00 |
| **Balance on hand:** | $ 25,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 25,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - Deborah K. Ebner | 88.65 | 0.00 | 88.65 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,425.00 | 0.00 | 1,425.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,763.65 |
| Remaining balance: | $ 20,236.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,236.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 20,236.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,647.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 10,159.09 | 0.00 | 2,084.03 |
| 2 | Discover Bank | 9,184.02 | 0.00 | 1,884.00 |
| 3 | Capital One Bank (USA), N.A. | 18,599.78 | 0.00 | 3,815.53 |
| 4 | American Express Bank, FSB | 4,807.05 | 0.00 | 986.11 |
| 5 | American Express Bank, FSB | 2,285.69 | 0.00 | 468.88 |
| 6 | FIA CARD SERVICES, N.A. | 3,972.12 | 0.00 | 814.83 |
| 7 | FIA CARD SERVICES, N.A. | 17,233.98 | 0.00 | 3,535.35 |
| 8 | Merrick Bank | 4,346.57 | 0.00 | 891.65 |
| 9 | State Farm Bank | 22,416.49 | 0.00 | 4,598.48 |
| 10 | Resurgent Capital Services | 2,004.08 | 0.00 | 411.11 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Resurgent Capital Services | 3,638.40 | 0.00 | 746.38 |

Total to be paid for timely general unsecured claims:   $   20,236.35
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-07329-TAB
Anthony J Coglianese  Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: acox   Page 1 of 3   Date Rcvd: Dec 28, 2012
                      Form ID: pdf006   Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2012.
```
db         +Anthony J Coglianese,    10849 Berkshire,    Westchester, IL 60154-5031
18540255    American Express,    P. O. Box 981535,    El Paso, TX 79998-1535
18933447    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18540257   +Anthony Novak,    2416 South 7th Avenue,    Riverside, IL 60546-1233
18540258    Bak of America/Business card,    P. O. Box 15796,    Wilmington, DE 19886-5796
18540259    Bank of America,    P. O. Box 15796,    Wilmington, DE 19886-5796
18540260    Capital One,    P. O. Box 6492,    Carol Stream, IL 60197-6492
18910694    Capital One Bank (USA), N.A.,    by American InfoSource LP,    PO Box 71083,
             Charlotte, NC  28272-1083
18540262    Chase,    P. O. Box 15153,    Wilmington, DE 19886-5153
18540263    Chase,    P. O. Box 9001020,    Louisville, KY 40290-1020
18540261    Chase,    P. O. Box 9001871,    Louisville, KY 40290-1871
18540270    F. I. A. Card Service,    P. O. Box 851001,    Dallas, TX 75285-1001
18937902    FIA CARD SERVICES, N.A.,    Bank of America NA (USA),    MBNA America Bank NA,    PO Box 15102,
             Wilmington, DE 19886-5102
18540271    Fifth Third Bank,    P. O. Box 740789,    Cincinnati, OH 45274-0789
18812432   +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
18540272   +G. M.,    P. O. Box 37281,    Baltimore, MD 21297-3281
18540274    HSBC Card Service,    P. O. Box 37281,    Baltimore, MD 21297-3281
18540273    Home Depot,    P. O. Box 182676,    Columbus, OH 43218-2676
18540275    Sears,    P. O. Box 183081,    Columbus, OH 43218-3081
19142785    State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18540276    Statefarm,    P. O. Box 23025,    Columbus, GA 31902-3025
18540277    Wells Fargo,    P. O. Box 54349,    Los Angeles, CA 90054-0349
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18540254    E-mail/Text: bkr@cardworks.com Dec 29 2012 00:47:50    Advanta,    P. O. Box 31032,
             Tampa, FL 33631-3032
18540269   +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 29 2012 01:53:22    Discover,    P. O. Box 6103,
             Carol Stream, IL 60197-6103
18822040    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 29 2012 01:53:22    Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19089574    E-mail/Text: bkr@cardworks.com Dec 29 2012 00:47:50    Merrick Bank,
             Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
19151186   +E-mail/Text: resurgentbknotifications@resurgent.com Dec 29 2012 00:44:52
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18540256*    American Express,    P. O. Box 981535,    El Paso, TX 79998-1535
18933448*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18540267*    Chase,    P. O. Box 9001871,    Louisville, KY 40290-1871
18540268*    Chase,    P. O. Box 9001871,    Louisville, KY 40290-1871
18540264*    Chase,    P. O. Box 15153,    Wilmington, DE 19886-5153
18540265*    Chase,    P. O. Box 15153,    Wilmington, DE 19886-5153
18540266*    Chase,    P. O. Box 15153,    Wilmington, DE 19886-5153
                                                                                 TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: acox                 Page 2 of 3              Date Rcvd: Dec 28, 2012
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: acox                Page 3 of 3                  Date Rcvd: Dec 28, 2012
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2012 at the address(es) listed below:

        Andrew J Nelson   on behalf of Creditor   JPMorgan Chase Bank National Association
         anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Dana N O'Brien   on behalf of Creditor   JPMorgan Chase Bank National Association
         dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
        David E Grochocinski   on behalf of Debtor Anthony J Coglianese lawyers@innovalaw.com,
         lawyers@innovalaw.com
        Deborah  Kanner Ebner   dkebner@debnertrustee.com,
         IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
         admin.assistant@debnertrustee.com
        Deborah K Ebner   on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
         sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
        Linda M Kujaca   on behalf of Trustee Deborah  Kanner Ebner lkujaca@aol.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                            TOTAL: 7