# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: COGLIANESE, ANTHONY J    Case No. 12-07329
_____,    Chapter   7
                Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                                 Assets Exempt: $71,768.97
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,236.35             Claims Discharged
                                                        Without Payment: $146,574.87

Total Expenses of Administration: $4,763.65

---

   3) Total gross receipts of $   25,000.00   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $25,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $827,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,763.65 | 4,763.65 | 4,763.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 164,822.41 | 98,647.27 | 98,647.27 | 20,236.35 |
| **TOTAL DISBURSEMENTS** | $991,822.41 | $103,410.92 | $103,410.92 | $25,000.00 |

    4) This case was originally filed under Chapter 7 on February 28, 2012. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2013     By: /s/DEBORAH K. EBNER
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Transfer of inheritance interest in 2305 Northga | 1241-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Anthony Novak | 4110-000 | 220,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 173,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 172,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 262,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$827,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Deborah K. Ebner | 2200-000 | N/A | 88.65 | 88.65 | 88.65 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,425.00 | 1,425.00 | 1,425.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,763.65** | **$4,763.65** | **$4,763.65** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | 10,309.11 | 10,159.09 | 10,159.09 | 2,084.03 |
| 2 | Discover Bank | 7100-000 | 9,276.46 | 9,184.02 | 9,184.02 | 1,884.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 18,117.18 | 18,599.78 | 18,599.78 | 3,815.53 |
| 4 | American Express Bank, FSB | 7100-000 | 4,994.25 | 4,807.05 | 4,807.05 | 986.11 |
| 5 | American Express Bank, FSB | 7100-000 | 2,538.63 | 2,285.69 | 2,285.69 | 468.88 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | 4,074.43 | 3,972.12 | 3,972.12 | 814.83 |
| 7 | FIA CARD SERVICES, N.A. | 7100-000 | 18,451.01 | 17,233.98 | 17,233.98 | 3,535.35 |
| 8 | Merrick Bank | 7100-000 | 4,563.32 | 4,346.57 | 4,346.57 | 891.65 |
| 9 | State Farm Bank | 7100-000 | 21,797.54 | 22,416.49 | 22,416.49 | 4,598.48 |
| 10 | Resurgent Capital Services | 7100-000 | N/A | 2,004.08 | 2,004.08 | 411.11 |
| 11 | Resurgent Capital Services | 7100-000 | 2,536.53 | 3,638.40 | 3,638.40 | 746.38 |
| NOTFILED | Wells Fargo | 7100-000 | 4,745.47 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Service | 7100-000 | 5,986.79 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | G. M. | 7100-000 | 2,746.95 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,627.42 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 15,887.18 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 1,761.72 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,915.12 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 8,361.14 | N/A | N/A | 0.00 |
| NOTFILED | Bak of America/Business card | 7100-000 | 10,207.20 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 12,924.96 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $164,822.41 | $98,647.27 | $98,647.27 | $20,236.35 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07329　　　　　　　　　　　　　**Trustee:** (330480) DEBORAH K. EBNER
**Case Name:** COGLIANESE, ANTHONY J　　　　　**Filed (f) or Converted (c):** 02/28/12 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 04/18/12
**Period Ending:** 03/03/13　　　　　　　　　　　　　**Claims Bar Date:** 07/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 10849 Berkshire, Westchester IL 60154 | 241,666.00 | 0.00 | DA | 0.00 | FA |
| 2 | Savings account with Chase Bank | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Chase Bank | Unknown | 0.00 | DA | 0.00 | FA |
| 4 | Household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel. | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry. | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Roth with State Farm | 22,064.92 | 0.00 | DA | 0.00 | FA |
| 9 | Roth with Ameritrade | 22,730.07 | 0.00 | DA | 0.00 | FA |
| 10 | IRA with Ameritrade | 5,773.98 | 0.00 | DA | 0.00 | FA |
| 11 | Stock and interests in incorporated and unincorp | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Stock and interests in incorporated and unincorp | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2001 Ford E350 3D Cargo Van | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Transfer of inheritance interest in 2305 Northga  (u) | 0.00 | 0.00 |  | 25,000.00 | FA |
| **14** | **Assets　Totals** (Excluding unknown values) | **$299,534.97** | **$0.00** |  | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Trustee will be accepting a buyout of the Debtor's right title and interest in a piece of real estate that is co-owned with his family. The settlement funds are coming out of
　　debtor's 401(K) account. The settlement amount will be approx $25,000.00

**Initial Projected Date Of Final Report (TFR):**　　　　　　　　　　**Current Projected Date Of Final Report (TFR):**　　December 27, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-07329  
**Case Name:** COGLIANESE, ANTHONY J

**Taxpayer ID #:** **-***1450  
**Period Ending:** 03/03/13

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/12 | {14} | Anthony Coglianese | settlement of potential litigation. - | 1241-000 | ! 25,000.00 | | 25,000.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 25,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 25,000.00 | |
| | | | **Subtotal** | | 25,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.00** | **$0.00** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 03/03/2013 04:37 PM    V.13.12

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-07329  
**Case Name:** COGLIANESE, ANTHONY J  
**Taxpayer ID #:** **-***1450  
**Period Ending:** 03/03/13  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****723766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 25,000.00 | | 25,000.00 |
| 02/05/13 | 10101 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,425.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,425.00 | 23,575.00 |
| 02/05/13 | 10102 | Deborah K. Ebner | Dividend paid 100.00% on $3,250.00, Trustee Compensation;  Reference: | 2100-000 | | 3,250.00 | 20,325.00 |
| 02/05/13 | 10103 | Deborah K. Ebner | Dividend paid 100.00% on $88.65, Trustee Expenses;  Reference: | 2200-000 | | 88.65 | 20,236.35 |
| 02/05/13 | 10104 | Fifth Third Bank | Dividend paid  20.51% on $10,159.09; Claim# 1; Filed: $10,159.09; Reference: XXXX-XXXX-XXXX-4389 | 7100-000 | | 2,084.03 | 18,152.32 |
| 02/05/13 | 10105 | Discover Bank | Dividend paid  20.51% on $9,184.02; Claim# 2; Filed: $9,184.02; Reference: XXXX-XXXX-XXXX-4998 | 7100-000 | | 1,884.00 | 16,268.32 |
| 02/05/13 | 10106 | Capital One Bank (USA), N.A. | Dividend paid  20.51% on $18,599.78; Claim# 3; Filed: $18,599.78; Reference: XXXX-XXXX-XXXX-1746 | 7100-000 | | 3,815.53 | 12,452.79 |
| 02/05/13 | 10107 | American Express Bank, FSB | Dividend paid  20.51% on $4,807.05; Claim# 4; Filed: $4,807.05; Reference: XXXX-XXXXXX-X1001 | 7100-000 | | 986.11 | 11,466.68 |
| 02/05/13 | 10108 | American Express Bank, FSB | Dividend paid  20.51% on $2,285.69; Claim# 5; Filed: $2,285.69; Reference: XXXX-XXXXXX-X2005 | 7100-000 | | 468.88 | 10,997.80 |
| 02/05/13 | 10109 | FIA CARD SERVICES, N.A. | Dividend paid  20.51% on $3,972.12; Claim# 6; Filed: $3,972.12; Reference: XXXX-XXXX-XXXX-5894 | 7100-000 | | 814.83 | 10,182.97 |
| 02/05/13 | 10110 | FIA CARD SERVICES, N.A. | Dividend paid  20.51% on $17,233.98; Claim# 7; Filed: $17,233.98; Reference: XXXXXXXXXX0500 | 7100-000 | | 3,535.35 | 6,647.62 |
| 02/05/13 | 10111 | Merrick Bank | Dividend paid  20.51% on $4,346.57; Claim# 8; Filed: $4,346.57; Reference: XXXX-XXXX-XXXX-2475 | 7100-000 | | 891.65 | 5,755.97 |
| 02/05/13 | 10112 | State Farm Bank | Dividend paid  20.51% on $22,416.49; Claim# 9; Filed: $22,416.49; Reference: XXXX-XXXX-XXXX-5401 | 7100-000 | | 4,598.48 | 1,157.49 |
| 02/05/13 | 10113 | Resurgent Capital Services | Dividend paid  20.51% on $2,004.08; Claim# 10; Filed: $2,004.08; Reference: | 7100-000 | | 411.11 | 746.38 |
| 02/05/13 | 10114 | Resurgent Capital Services | Dividend paid  20.51% on $3,638.40; Claim# 11; Filed: $3,638.40; Reference: | 7100-000 | | 746.38 | 0.00 |

Subtotals :   $25,000.00   $25,000.00

{} Asset reference(s)   Printed: 03/03/2013 04:37 PM   V.13.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-07329  
**Case Name:** COGLIANESE, ANTHONY J

**Taxpayer ID #:** **-***1450  
**Period Ending:** 03/03/13

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****723766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | XXXXXXXXXXXX6704 |  |  |  |  |
|  |  |  | ACCOUNT TOTALS |  | 25,000.00 | 25,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 25,000.00 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 25,000.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $0.00 | $25,000.00 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******51-66** | 25,000.00 | 0.00 | 0.00 |
| **Checking # ****723766** | 0.00 | 25,000.00 | 0.00 |
|  | $25,000.00 | $25,000.00 | $0.00 |